# Pepper Hamilton LLP
#### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Adam Hiller
direct dial 302.777.6582
direct facsimile 302.397.2711
*hillera@pepperlaw.com*

September 9, 2005

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

> Re:    **In re BroadBand Office, Inc., Case No. 01-1720-GMS (Chap. 11)**
>        **BroadBand Office, Inc. vs. Atlas Van Lines, Inc., Civil No. 04-395 (GMS)**

Dear Judge Sleet:

This office represents the plaintiff, BroadBand Office, Inc. ("Plaintiff"), in the above-referenced adversary proceeding. At a status conference held on July 27, 2005, the Court instructed the parties in the above adversary proceeding to prepare and submit a form of scheduling order. We circulated the enclosed proposed form of order to Ronald L. Daugherty, counsel of record for the defendant, Atlas Van Lines, Inc. ("Defendant"), who indicated in an email that he did not consent to its form. I have made numerous subsequent attempts over the last six weeks to reach Mr. Daugherty by telephone to discuss this matter but have been unable to reach him or receive a return telephone call.

The Court may also recall that Defendant was instructed at the July 27th status conference to provide Plaintiff with certain data relating to the ordinary course of business defense that Defendant is asserting. Because our proposed decretal language associated with that instruction formed the basis of Defendant's opposition to Plaintiff's proposed form of order, and because we believe that it is necessary to move this case forward, Plaintiff respectfully requesting that the Court enter a form of Scheduling Order containing the requested discovery instruction (i.e., the proposed order attached as Exhibit A to this letter), or in the lesser alternative enter a Scheduling Order that does not address the discovery issue (the proposed order attached as Exhibit B to this letter).

As always, I am available at the Court's convenience to answer any questions Your Honor may have regarding this matter.

Respectfully submitted,

Adam Hiller

Attachments
cc:    David M. Fournier, Esquire
       Ronald L. Daugherty, Esquire (via electronic mail and first-class mail, with attachments)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BROADBAND OFFICE, INC.,

                        Plaintiff,

vs.

ATLAS VAN LINES, INC.

                        Defendant.

Civil No. 04-395 (GMS)

## SCHEDULING ORDER

It is HEREBY ORDERED that, pursuant to Fed. R. Bankr. P. 7016(b), the following

dates and deadlines shall apply in the above-captioned adversary proceeding:

1.      Fact discovery shall be completed by December 2, 2005.

2.      Unless either party elects to "opt out" of mediation by the undersigned Judge as more fully described by the Court on the record at the July 27, 2005 status conference, a mediation shall occur before the undersigned Judge on January 12, 2006 beginning at 9:00 am Eastern Time. The parties shall submit to the Court, but shall not be required to file or exchange with each other, a confidential mediation statement not longer than ten pages by December 16, 2005. Any party that elects to opt out of mediation by the undersigned Judge shall notify the Court and opposing counsel in writing of its election not later than December 2, 2005, with a copy to be served upon opposing counsel.

3.      Disclosure of any experts, resumes, and expert reports under Fed. R. Civ. P. 26(a)(2) and 26(b)(4) shall be served by the party bearing the burden of proof with respect to the issue as to which such expert's testimony relates on or before February 10, 2006. Disclosure of any experts, resumes, and reports from experts intended to contradict or rebut evidence propounded by an initial expert disclosure shall be served on or before February 24, 2006. Expert discovery shall be completed by March 6, 2006.

4.      A trial in this adversary proceeding shall commence on March 15, 2006 at 9:00 a.m.

5.    Plaintiff BroadBand Office, Inc. ("Plaintiff") has advised the Court that Plaintiff has requested that defendant Atlas Van Lines, Inc. ("Defendant") produce a spreadsheet in Microsoft Excel format or similarly manipulable format listing the complete invoice and payment history[1] between the parties for the period prior to May 10, 2001, in the following form:

| Invoice No. | Invoice Date | Date Service Provided | Invoice Amount | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

If Defendant does not produce such spreadsheet to Plaintiff's counsel by electronic mail on or before October 1, 2005, then, without limiting any other remedies to which Plaintiff may be entitled, Plaintiff shall be permitted to take the deposition of Defendant's corporate designee(s), at the Wilmington, Delaware office of Plaintiff's counsel of record and at a date and time of Plaintiff's choosing, upon at least 10 days' notice to Defendant's counsel of record.

Dated:_____    _____
      Wilmington, Delaware          HONORABLE GREGORY M. SLEET
                                    UNITED STATES DISTRICT JUDGE

---

[1] Defendant shall list the date of services provided, not the invoice date, for each invoice.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC.,<br><br>               Plaintiff,<br><br>vs.<br><br>ATLAS VAN LINES, INC.<br><br>               Defendant. | Civil No. 04-395 (GMS) |

## SCHEDULING ORDER

It is HEREBY ORDERED that, pursuant to Fed. R. Bankr. P. 7016(b), the following

dates and deadlines shall apply in the above-captioned adversary proceeding:

1.   Fact discovery shall be completed by December 2, 2005.

2.   Unless either party elects to "opt out" of mediation by the undersigned Judge as more fully described by the Court on the record at the July 27, 2005 status conference, a mediation shall occur before the undersigned Judge on January 12, 2006 beginning at 9:00 am Eastern Time. The parties shall submit to the Court, but shall not be required to file or exchange with each other, a confidential mediation statement not longer than ten pages by December 16, 2005. Any party that elects to opt out of mediation by the undersigned Judge shall notify the Court and opposing counsel in writing of its election not later than December 2, 2005, with a copy to be served upon opposing counsel.

3.   Disclosure of any experts, resumes, and expert reports under Fed. R. Civ. P. 26(a)(2) and 26(b)(4) shall be served by the party bearing the burden of proof with respect to the issue as to which such expert's testimony relates on or before February 10, 2006. Disclosure of any experts, resumes, and reports from experts intended to contradict or rebut evidence propounded by an initial expert disclosure shall be served on or before February 24, 2006. Expert discovery shall be completed by March 6, 2006.

4.   A trial in this adversary proceeding shall commence on March 15, 2006 at 9:00 a.m.

Dated:_____

      Wilmington, Delaware

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE