IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLAS VAN LINES, <br><br> Defendant. | Civil No. 04-395 (GMS) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of September, 2005, I caused copies of the attached letter to be served via first-class mail, postage prepaid, upon Ronald L. Daugherty, Esquire, Pelino & Lentz, P.C., One Liberty Place, Thirty-Second Floor, Philadelphia, PA 19103-7393.

Dated: November 1, 2005
       Wilmington, Delaware

   /s/  Adam Hiller
Adam Hiller (DE No. 4105)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
(302) 777-6500 telephone
(302) 421-8390 facsimile

*Attorneys for BBO Liquidation Corp.*

WL: #178443 v1 (3T_R01!.DOC)