IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ATLAS VAN LINES, INC., ) <br> ) <br> Defendant. ) | Civil Action No.: 04-395 (GMS) |

### SCHEDULING ORDER

The Court having conducted an Omnibus hearing/Status conference on July 27, 2005;

IT IS ORDERED that:

1. **Discovery**. All fact discovery in this case shall be initiated so that it will be completed on or before **February 2, 2006**. Expert discovery in this case shall be initiated so that it will be completed on or before **March 6, 2006**. Expert reports shall be served on or before **February 10, 2006**, and rebuttal expert reports shall be served on or before **February 24, 2006**.

a. Discovery Matters. Should counsel find they are unable to resolve a discovery matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the conference, by hand delivery or facsimile at (302) 573-6472, the party seeking relief shall file with the court a letter agenda not to exceed two (2) pages outlining the issues in dispute. Should the court find further briefing necessary upon conclusion of the telephone conference, the court shall order the party seeking relief to file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no

more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

    2. **Pretrial Order.** The parties shall file with the court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which can be found on the Court's website on or before **March 8, 2006**.

    3. **Trial**. This matter is scheduled for a **1-day Non-Jury Trial** beginning at **9:00 a.m.** on **March 15, 2006.**

    4. **Scheduling**. The parties shall direct any requests or questions regarding the scheduling and management of this matter to Chambers at (302) 573-6470.

Date: December 6, 2005

_____
UNITED STATES DISTRICT JUDGE

Rev. 1/2005



FILED
DEC 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE