IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:                              )
                                    )
Broadband Office, Inc.,             )
                                    )
        Debtor.                     )
_____)
                                    )
Broadband Office, Inc.,             )   C.A. No. 04-395 (GMS)
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )
Atlas Van Lines, Inc.,              )
                                    )
        Defendant.                  )
_____)

### ORDER

WHEREAS a bench trial is scheduled in the above-captioned matter for Tuesday, March 21, 2006;

WHEREAS the proposed pretrial order was due on March 8, 2006; and

WHEREAS no such proposed order has been filed as of March 17, 2006.

IT IS HEREBY ORDERED THAT:

1.  The March 21 bench trial be CONTINUED indefinitely; and

2.  A teleconference with the court be SCHEDULED for March 30, 2006, at 9:00 a.m. to discuss this matter in more detail.

Dated: March 17, 2006



UNITED STATES DISTRICT JUDGE

FILED
MAR 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE