IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BBO LIQUIDATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> ATLAS VAN LINES, <br><br> Defendant. | Civil No. 04-395 (GMS) |

**ORDER ENFORCING SETTLEMENT AGREEMENT**
**AND ENTERING JUDGMENT AGAINST DEFENDANT**

UPON CONSIDERATION OF the Motion To Enforce Settlement Agreement (the "Motion"), filed by the plaintiff BBO Liquidation Corp. ("Plaintiff"), as successor-in-interest to the debtor BroadBand Office, Inc. ("BBO"); due notice having been given under the circumstances; and the Court having determined that cause exists to grant the Motion; IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. Within five days after entry hereof, defendant Atlas Van Lines, Inc. ("Defendant") shall pay the amount of $6,000 to Plaintiff in satisfaction of the Settlement Agreement attached to the Motion as Exhibit A.

3. If Defendant fails to comply with the foregoing, Defendant shall be deemed to be in non-compliance with this order and shall, in addition to the foregoing $6,000, pay to Plaintiff the further amount of $1,050, for a total of $7,050, together with interest on all of the foregoing at the legal rate from the date of entry this Order.

#8058760 v1

-2-

    4.    This Order shall constitute a judgment against Defendant.

Dated:_____
    Wilmington, Delaware      HONORABLE GREGORY M. SLEET
                                    UNITED STATES DISTRICT COURT JUDGE