IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BBO LIQUIDATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> ATLAS VAN LINES, <br><br> Defendant. | Civil No. 04-395 (GMS) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September 2006, I caused copies of the Plaintiff's Motion To Enforce Settlement Agreement to be served via first-class mail, postage prepaid, upon:

| | |
|---|---|
| Delia A. Clark, Esq. <br> Rawle & Henderson, LLP <br> One Commerce Center <br> 1201 N. Orange Street, Suite 786 <br> Wilmington, DE 19801-1186 | Ronald L. Daugherty <br> Salmon, Ricchezza, Singer & Turchi, LLP <br> 1700 Market Street <br> Suite 3110 <br> Philadelphia, PA  19103 |

Dated: September 28, 2006
       Wilmington, Delaware

  /s/  Adam Hiller
Adam Hiller (DE No. 4105)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
(302) 777-6500 telephone
(302) 421-8390 facsimile

*Attorneys for BBO Liquidation Corp.*

#8058799 v1