IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BROADBAND OFFICE, INC., : | |
| Plaintiff, : | Civil Action No. 04-395 (GMS) |
| v. : | |
| ATLAS VAN LINES, : | |
| Defendant. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff BBO Liquidation Corp. ("Plaintiff") and the defendant Atlas Van Lines ("Defendant") hereby stipulate to the dismissal of the above-captioned civil action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), made applicable in this adversary proceeding by Fed. R. Bankr. P. 7041, with each party to bear its own attorneys' fees and costs.

PEPPER HAMILTON LLP

_/s/ Adam Hiller_
David M. Fournier (DE No. 2812)
Adam Hiller (DE No. 4105)
Hercules Plaza
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone No.: (302) 777-6500
Facsimile No.: (302) 421-8390

*Attorneys for Plaintiff*

RAWLE & HENDERSON, LLP

_/s/ Delia A. Clarke_
Delia A. Clarke (DE No. 3337)  by AH
300 Delaware Avenue, Suite 1015  w/ permission
Wilmington, Delaware 19899-0588
Telephone No.: (302) 778-1200
Facsimile No: (302) 778-1400

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC., | : |
| Plaintiff, | : Civil Action No. 04-395 (GMS) |
| v. | : |
| ATLAS VAN LINES, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Adam Hiller, hereby certify that on the 16th day of October, 2006, I caused a copy of the Stipulation of Dismissal with Prejudice to be served via first-class mail, postage prepaid, upon:

Delia A. Clark, Esquire
RAWLE & HENDERSON LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899-0588

Ronald L. Daugherty, Esquire
PELINO & LENTZ, P.C.
One Liberty Place
1650 Market Street, 32nd Floor
Philadelphia, PA 19103-7393

Dated: October 16, 2006
       Wilmington, Delaware

Adam Hiller (DE No. 4105)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Attorneys for Plaintiff, BBO Liquidation Corp.

#8061482 v2